RECEIVED
U.S. MARSHAL
SOUTHERN DISTRICT
CALIFORNIA

2008 APR 23  A 11: 13

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL NO. 08Mj1042 |
| Plaintiff ) | |
| ) | ORDER |
| vs. ) | RELEASING MATERIAL WITNESS |
| Luis Esquivel, et al ) | |
| Defendant(s) ) | Booking No. |

On order of the United States District/Magistrate Judge, **DANA M. SABRAW**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / **Order of Court**).

**Leonel Armas-Farias**

DATED: 4-23-08

**DANA M. SABRAW**

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
DUSM

OR

W. SAMUEL HAMRICK, JR.  Clerk

by _____
Deputy Clerk

**L ODIERNO**

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70062